**STATE OF MINNESOTA**                          **DISTRICT COURT**

**COUNTY OF HENNEPIN**                          **FOURTH JUDICIAL DISTRICT**

**CASE TYPE: CONTRACT**

---

SUPERVALU INC.

      Plaintiff,

vs.

LEON G. BERGMANN

      Defendant.

Case No.: 27-cv-12-23885
The Hon. Janet N. Poston

**Plaintiff's Notice of Motion and Motion for a Temporary Restraining Order and a Temporary Injunction**

---

TO:    Leon G. Bergmann, 333 1st Street Apt. B-211, Seal Beach, CA 90740.

PLEASE TAKE NOTICE that Plaintiff SuperValu, Inc. ("SuperValu") will bring a motion for a temporary restraining order on for hearing before the Honorable Janet N. Poston in Courtroom 1853 of the Hennepin County Courthouse, 300 South 6th Street, Minneapolis , MN 55487, on Monday, December 10, 2012 at 8:30 a.m., by and through its undersigned attorney.

Pursuant to Rules 65.01 and 65.02 of the Minnesota Rules of Civil Procedure, SuperValu respectfully moves this Court for a temporary restraining order prohibiting Defendant Leon G. Bergmann from being employed by Unified Grocers, Inc., or from otherwise violating the non-competition, non-solicitation, and confidentiality provisions of his agreements with SuperValu, until the Court's consideration of Plaintiff's motion for a temporary injunction.

1

SuperValu also moves this Court for a temporary injunction prohibiting Defendant Bergmann from being employed by Unified Grocers in violation of the terms of the non-competition provisions in his agreements with SuperValu, or from otherwise violating the non-competition, non-solicitation, and confidentiality provisions of his agreements with SuperValu.

This motion is based upon the pleadings and papers filed herewith, including the Memorandum of Law, the Complaint, and the affidavits of Jim Gilliam, Mike Goodson, and Heather McElroy, and the oral argument of counsel, as well as all files and proceedings herein.

DATED: December 6, 2012            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: s/ Thomas C. Mahlum
Martin R. Lueck (MN No. 115548)
Thomas C. Mahlum (MN No. 259391)
Stephen P. Safranski (MN No. 331326)
Heather M. McElroy (MN No. 34168X)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

*Attorneys for Plaintiff SuperValu Inc.*

83542839.1

2