**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SUPERVALU INC.,

       Plaintiff,

v.

LEON G. BERGMANN and UNIFIED
GROCERS, INC.

       Defendants.

Case No.: 12-CV-3066 (MJD/AJB)

**Order for Dismissal with
Prejudice**

---

Based upon the parties' Stipulation of Dismissal With Prejudice, filed February 15, 2013 [Docket No. 29], **IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice and on the merits, with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation. LET JUDGMENT BE ENTERED.

Dated: February 19, 2013

                         s/Michael J. Davis
                         Michael J. Davis
                         Chief Judge
                         United States District Court