# UNITED STATES DISTRICT COURT
## District of Minnesota

SuperValu Inc.

         Plaintiff,

  V.

Leon G. Bergmann and Unified Grocers, Inc.

         Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:  12-cv-3066 MJD/AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

 the above-captioned action is dismissed with prejudice and on the merits, with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

| | |
|---|---|
| February 20, 2013 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/ Katie Thompson |
| (By) | Katie Thompson    Deputy Clerk |